# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 967-849

**Effective date of
registration:**

December 18, 2007

---

## Title

**Title of Work:** Agency Collection Volume 4

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** Greg Pease

**Author Created:** Photograph

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1948

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Greg Pease

23 E. 22nd Street, Baltimore, MD, 21218

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Greg Pease

**Date:** November 30, 2007